IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.:  4:24-cr-00062 |
| | ) |
| vs. | ) |
| | ) |
| Tryone   Louis Harts, Jr. | ) |
|    a/k/a "Game" | ) |
| Brandon Javon Sutton | ) |
|    a/k/a "B" | ) |
| Cedric Lamar Brown | ) |
|    a/k/a "Ced" | ) |
| Elizar Edward Marcus | ) |
|    a/k/a "Mann" | ) |
| Dorain Derrell Williams | ) |
|    a/k/a "Doe" | ) |
|    a/k/a "Dorian" | ) |
| Akeem O'Brien Tisdale-Giles | ) |
|    a/k/a "Keem" | ) MOTION TO UNSEAL INDICTMENT |
| James Jenkins, Jr. | ) |
|    a/k/a "Poo Poo" | ) |
|    a/k/a "Poop" | ) |
| Christopher Michael Dozier | ) |
|    a/k/a "Chris" | ) |
| Maurice Lorenzo Fleming | ) |
|    a/k/a "Mo Beatz" | ) |
| Ronald Eric Campbell | ) |
|    a/k/a "Pnut" | ) |
| Matthew Tennerrol Brown | ) |
|    a/k/a "Matt" | ) |
| Edward Gyronn Pigotte | ) |
|    a/k/a "Black" | ) |
| Theron Levon Holmes | ) |

     The United States of America hereby moves the Court to fully unseal the above captioned case, which was previously sealed.

                    RESPECTFULLY SUBMITTED,

                    ADAIR F. BOROUGHS
                    UNITED STATES ATTORNEY

BY:    s/ Matthew Ellis
         Matthew Ellis
         Assistant United States Attorney
         401 West Evans Street, Suite 222
         Florence, South Carolina 29501
         843-665-6688

Florence, South Carolina
January 25, 2024