# IN THE DISTRICT COURT OF THE UNITED STATES

## FOR THE DISTRICT OF SOUTH CAROLINA

### FLORENCE DIVISION

UNITED STATES OF AMERICA

Criminal No  4:2400062

v

Matthew Tennerrol Brown

Defendant.

## ORDER

Pursuant to the Criminal Justice Act, Title 18, United States Code, Section 3006A, and the Plan of this District approved thereunder on April 21, 1971, by the Judicial Council of the Fourth Circuit,

IT IS ORDERED that _Matt Swilley_ is appointed to represent the above-named defendant.

IT IS SO ORDERED.

January 26, 2024
FLORENCE, South Carolina

Thomas E Rogers III
United States Magistrate Judge