IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NUMBER   4:24-CR-00062 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **MOTION FOR RULE 404(b)** |
| JAMES JENKINS, JR., | ) | **EVIDENCE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Defendant, **JAMES JENKINS, JR.**, through his undersigned attorney, does hereby move the Court, pursuant to Federal Rules of Evidence, Rule 404 (b), for an Order requiring the Government to disclose its intent to use any evidence of other crimes, wrongs, or acts as proof of motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, accident, or other purpose.  In this regard, the Government should specify the particular crime, wrong, or act to be used and the particular theory upon which it is admissible.

Respectfully submitted,

s/Wallace Jordan, Jr.

Wallace Jordan, Jr., Esquire
626 West Evans Street
Post Office Box 2010
Florence, South Carolina 29503-2010
(843) 662-4474 Telephone
(843) 662-6024 Facsimile

ATTORNEY FOR DEFENDANT

Florence, South Carolina
January 26, 2024