IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 4:24-cr-00062-RBH |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TYRONE LOUIS HARTS, JR., | ) |
| a/k/a "Game," | ) |
| BRANDON JAVON SUTTON, | ) |
| a/k/a "B," | ) |
| CEDRIC LAMAR BROWN, | ) |
| a/k/a "Ced," | ) |
| ELIZAR EDWARD MARCUS, | ) |
| a/k/a "Mann," | ) |
| DORIAN DERRELL WILLIAMS, | ) |
| a/k/a "Doe," | ) |
| a/k/a "Dorian," | ) |
| AKEEM O'BRIEN TISDALE-GILES, | ) |
| a/k/a "Keem," | ) |
| JAMES JENKINS, JR., | ) |
| a/k/a "Poo Poo," | ) |
| a/k/a "Poop," | ) |
| CHRISTOPHER MICHAEL DOZIER, | ) |
| a/k/a "Chris" | ) |
| MAURICE FLEMING, | ) |
| a/k/a "Mo Beatz," | ) |
| RONALD ERIC CAMPBELL, | ) |
| a/k/a "Pnut," | ) |
| EDWARD PIGOTTE, | ) |
| a/k/a "Black," | ) |
| MATTHEW TENNERROL BROWN, | ) |
| a/k/a "Matt," | ) |
| THERON LEVON HOLMES, | ) |
| | ) |
| Defendants | ) |

GOVERNMENT'S BILL OF PARTICULARS FOR
FORFEITURE OF PROPERTY

The United States provides the following Bill of Particulars regarding property alleged in the Indictment filed January 24, 2024, as also being subject to forfeiture to the United States.

NOTICE IS HEREBY GIVEN that upon conviction of the above Defendants for one or more felony violations of 21 U.S.C. §§ 841 and 846 and 18 U.S.C. §§ 922 and 924 charged in the Indictment filed January 24, 2024, the United States intends to seek the forfeiture of any and all property, real or personal, involved in, constituting, derived from, or traceable to the offense(s) of conviction, pursuant to 18 U.S.C. § 924(d)(1); 21 U.S.C. §§ 853 and 881; and 28 U.S.C. § 2461(c). Such property includes, but is not limited to, the following:

A.    <u>United States Currency</u>:

$3,358.00 in United States Currency
Seized from James Jenkins, Jr. on 1/25/2024

B.    <u>Firearm</u>:

Smith & Wesson M&P Shield Performance Center handgun
CAL.: .40   S/N: HNF6380
Seized from James Jenkins, Jr. on 1/25/2024

C.    <u>Ammunition and Magazine</u>:

(1)    Miscellaneous rounds of various caliber ammunition
Seized from James Jenkins, Jr. on 1/25/2024

(2)    Miscellaneous magazines
Seized from James Jenkins, Jr. on 1/25/2024

D.    <u>Drug Producing Equipment</u>:

One (1) Red and Silver Drug Press Machine
Seized from James Jenkins, Jr. on 1/25/2024

Respectfully submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

BY:     *s/Carrie Fisher Sherard*
        Carrie Fisher Sherard (#10134)
        Assistant United States Attorney
        United States Attorney's Office
        55 Beattie Place, Suite 700
        Greenville, South Carolina 29601
        Telephone: (864) 282-2100

March 7, 2024

3